No. 10–5257. PALACIOS *v.* GRAHAM, SUPERINTENDENT, AUBURN CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir. Certiorari

denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.